

# Florida Board of Bar Examiners
ADMINISTRATIVE BOARD OF THE SUPREME COURT OF FLORIDA

Michele A. Gavagni
Executive Director

1891 Eider Court, Tallahassee, Florida 32399-1750   Phone: 850 487-1292   Fax: 850 414-6822   www.floridabarexam.org

December 5, 2016

Mr. Julius Ronald Hobbs Jr.

File Number: B60140
File Date: 10/05/2016

The Florida Board of Bar Examiners anticipates processing your Bar Application as quickly as possible. The Rules of the Supreme Court Relating to Admissions to the Bar, amendment forms, change of address forms, and other supporting forms are on the website listed above.

Applicants have a continuing obligation to keep each and every question on the Bar Application current, complete and correct by filing timely amendments until the date of admission to The Florida Bar. Amendments must be sworn and notarized and are considered timely when made within 30 days of any occurrence that would change any response made to an application question.

## Outstanding Request(s) for Information and/or Documentation
The following amendment(s) or document(s) are required from you for the board's investigation:

- ☐ Regarding your divorce in October 2005 reported by you, provide the requested documents or information or a letter from the clerk of court stating the documents are not available:
  Petition
  Answer
  Agreement
  Judgment

- ☐ Regarding your addiction/dependence reported by you, provide the requested information:
  Sobriety date
  Current support system

- ☐ Please provide a more detailed explanation of the events leading to your October 2006 DUI and Open Container arrest.

- ☐ Please provide the name and address of the organization that facilitated your DUI reduction course.

**The deadline to comply with all requests of this letter is 03/05/2017 under rule 3-14.6(b).**

## Florida Bar Examination Status
The board encourages students who file registrations to convert their registrations early in the final year of law school so that an updated character and fitness investigation may be completed before bar examination scores are released. Information on applying for the General Bar Examination, the MPRE, and converting a student registration into an application may be found on the board's website above.

Sincerely yours,
Michele A. Gavagni
Executive Director

MAG:MNW

