

**JAMES A. HALEY VETERANS HOSPITAL**
**Mental Health Clinic**
**Mental Health & Behavioral Sciences**
**13000 Bruce B. Downs Blvd (116A)**
**Tampa, FL 33612**

February 7, 2017

Re: Application for Florida Bar
Hobbs, Julius R. (xxx-xx-

To Whom It May Concern:

This letter is in regard to Mr. Hobbs' application to the Florida Bar in support of his eligibility to apply, and in response to request by the Florida Bar regarding "character and fitness of all applicants for admission to the bar." Mr. Hobbs, an Army Veteran, participated in psychotherapy with me at the James A. Haley Veterans' Hospital from 11/30/15 through 4/5/16, during which time he voluntarily and actively engaged in 9 psychotherapy sessions. He presented with diagnoses (DSM-5) of Adjustment disorder with mixed anxiety and depressed mood and Alcohol Use Disorder, mild, following the unexpected termination of a romantic relationship. There was no evidence of psychosis or other severe mental health concerns. During treatment, Mr. Hobbs learned and successfully used coping skills to address mood and alcohol use. He demonstrated significant progress during this time in terms of his employment, social interactions, applying for school, and appropriate reduction in alcohol use. Additionally, Mr. Hobbs has called to update this provider periodically since the end of treatment (most recently 1/27/17) regarding his status and progress, noting that he is maintaining mood improvement and minimal (non-problematic) alcohol use and is performing well in his law school classes. Based on Mr. Hobbs' participation and progress in treatment, and maintained improvement, I do not foresee any deleterious effects on his participation in the legal profession. In my opinion, further treatment, monitoring, or supervision is not warranted at this time.

For copies of his official progress notes, Mr. Hobbs may request those via the Release of Information Office at the James A. Haley VA Medical Center.

Sincerely,

Michael Stewart, PhD
Clinical Psychologist
Mental Health Outpatient Clinic
James A. Haley VA Medical Center
Telephone: 813-631-2585



EXHIBIT D