IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JULIUS HOBBS,

                                              Case No.: 4:17-cv-00422-RH-CAS

       Plaintiff,

vs.

FLORIDA BOARD OF BAR EXAMINERS,
and MICHELLE A. GAVAGNI,
in her official capacity

       Defendants.

_____/

## NOTICE OF SETTLEMENT
*(Replacing improperly titled Notice of Voluntary Dismissal [ECF No. 106])*

Come now Defendants, through counsel and pursuant to Paragraph IX.B. of the Court's Order for Pretrial Conference (ECF No. 59) and N.D. Fla. Loc. R. 16.2(A)(1), and notify the Court that this matter has been fully and finally settled. The Parties are executing a Confidential Settlement Agreement and will file a Joint Stipulation for Voluntary Dismissal once said Agreement is fully executed.

                            Respectfully submitted,

                         /s/ Robert A. McNeely
                         Robert A. McNeely
                         Florida Bar No.: 42994
                         E-mail: rmcneely@lawfla.com
                         cbrinker@lawfla.com
                         James J. Dean
                         Florida Bar No.: 832121
                         Email:  jdean@lawfla.com

tweiss@lawfla.com
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: (850) 222-0720
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished electronically via email this 25th day of March, 2019, to the following:

| | |
|---|---|
| Matthew W. Dietz, Esq. | Peter D. Blanck, Esq. |
| Lisa C. Goodman, Esq. | 300 Crouse-Hinds Hall |
| Disability Independence Group, Inc. | Syracuse, NY 13244 |
| 2990 Southwest 35th Avenue | pblanck@syr.edu |
| Miami, FL 33133 | *Co-Counsel for Plaintiff* |
| mdietz@justdigit.org | |
| lgoodman@justdigit.org | |
| aa@justdigit.org | |
| *Counsel for Plaintiff* | |

  /s/ Robert A. McNeely
Robert A. McNeely